No. 1221, Misc. THOMPSON v. MARONEY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 1225, Misc. ALMEIDA v. RUNDLE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 1229, Misc. POPE v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1231, Misc. STRICKLAND v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1234, Misc. CLAYTON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1238, Misc. OTTEY v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1241, Misc. LEIGH v. ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene and Howard A. Glickstein for respondent.

No. 1249, Misc. LEIGH v. HOOVER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene and Howard A. Glickstein for respondent.

No. 1243, Misc. DUKE v. SUPERINTENDENT, STATE HOSPITAL No. 1. Supreme Court of Missouri. Certiorari denied.